THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. METRO ZOGAS, Appellant.— Motion to enlarge time granted upon condition that the appellant perfect the appeal for the January, 1932, term, for which term the case is ordered on the calendar. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

ANNA H. SLONIM and Another, Respondents, v. HECTOR HOLDING CORPORATION, Appellant, and Others, Defendants.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

BENJAMIN WOLF, an Infant, by HARRY WOLF, His Guardian ad Litem, Appellant, v. DIETZ DELIVERY SERVICE, INC., Respondent.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

VICTOR (VINCENT) ZMYRKO, and THOMAS EDWARD GAFFNEY, as Receiver, Appellants, v. JACOB (JOSEPH) STRAUB, Respondent.— Motion to dismiss appeals denied. upon condition that appellants perfect the appeals for the December term (for which term the cases are set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

ERNEST HUNNINGHAUS, Appellant, v. ADAM SCHMITT, Individually and as Business Agent of Bakers' Union Number 3, of Brooklyn and Queens, Amalgamated Food Workers, " RICHARD ROE," as President, and " JOHN DOE," as Secretary of Bakers' Union, Number 3, of Brooklyn and Queens, Amalgamated Food Workers, Names of Said Last Two Defendants Being Fictitious, True Names of These Defendants Being Unknown to Plaintiff, Persons Intended, However, Being President and Secretary Respectively of BAKERS' UNION No. 3, OF BROOKLYN AND QUEENS, AMALGAMATED FOOD WORKERS, Respondents.— Appeal from order denying plaintiff's motion for a temporary injunction withdrawn on consent, action ordered to be tried at Special Term on November 23, 1931, and injunction continued pending the determination of the trial. Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ., concur.